United States Courts
Southern District of Texas
FILED

AUG 20 2019

David J. Bradley, Clerk of Court

Honorable Keith P. Ellison

Hello, Your Honor.

I am writing you today in request of a form of relief. I've currently been incarcerated for 58 months now, without any disciplinary reports or negligent behavior. I've utilized the opportunities of programs, trades, and work assignments offered while here. I've earned a pest control course from Purdue University, that is only offered to few at the institution. A diesel mechanic course through Lamar University, and I was also selected by the administration to participate in a program through region and the National Fatherhood Initiative titled Inside/Out Dad. I have worked my way up to grade 1 in each work assignment, Commissary, Laundry, and Safety. Sharpening my work skills and knowledge. I have continuously strived for growth and inlightment within my life, while constantly preparing myself for release as if it was the next day. I have been blessed with three beautiful children, A'mari (9), Madisyn (9), and Maelyn (7) years of age. They mean the world to me, and I mean so much to them. I have been away for most of their young lives though. My family has been amazing, loving, and supportive this entire time. That has not only helped me to stay strong, but it has given me the opportunity to maintain a healthy and solid relationship with my kids under the circumstances. I know that you showed leniency at my sentencing, and I am

thankful for it. I also recognize that you weren't able to go as far with it, because we were stuck from going underneath the manditory minimum of 120 months, and that the sentence must only be run consecutive to the time of the underlining crime. I recieved 12 months, for a total of 132. So today I am sincerly requesting of the courts, and of yourself Your Honor. For relief that my 12 months consecutive be reduced one day. It will truly be appreciated. Thank you for your time and your attention. - May God Bless You.

*Malish J. Austin*

Malcolm Austin #08865-379
FCI Complex (Low)
P.O. Box 26020
Beaumont, TX 77720

HOUSTON TX 775
15 AUG 2019 PM 2 L

Hon. Keith P. Ellison
United States District Judge
Southern District of Texas
515 Rusk St.
Houston, TX 77002

United States Courts
Southern District of Texas
FILED

AUG 20 2019

David J. Bradley, Clerk of Court

08865-379
United States District Court
Hon. Keith P. Ellison
515 Rusk St.
Houston, TX
United States
Houston, TX 77002

7002-360715