United States District Court
Southern District of Texas
**ENTERED**
August 26, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:12-CR-100-1 |
| | § | |
| MALCOLM JAMAL AUSTIN | § | |

### ORDER

Defendant's "Emergency Motion for Release Pursuant to §3582 (c)(1)(a)" is **DENIED**.

Defendant does not qualify for compassionate release for the reasons set forth by the Probation Office.

**IT IS SO ORDERED.**

SIGNED this _____ day of August, 2020.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE